## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/8/2022 | $30,842.92 |
| Akorn Operating Company, LLC | 1/17/2023 | $4,570.25 |
| Akorn Operating Company, LLC | 2/2/2023 | $51,698.28 |

TOTAL TRANSFERS: $87,111.45